February 8, 1909.

———o———

## No. 4623.

### (Court of Appeal, Parish of Orleans.)

### N. O. LIGHTING CO. VS. MRS. A. LEITZ, JR.

### ON MOTION TO DISMISS.

When a motion to dismiss fails to comply with the rules of this Court, it will not be taken up *in limine* but consideration of it will be postponed until the cause is submitted on its merits.

Appeal from Civil District Court, Division "A."

Buck, Walshe & Buck, for Plaintiff and Appellee.

R. J. Maloney, C. F. Fletchinger, for Defendant and Appellant.

DUFOUR, J. The motion herein fails to comply with Rule 9, of this Court, in that it was not "accompanied by three copies of a written or printed brief which has been served upon the opposite counsel."

Under the circumstances we shall not pass on it, *in limine,* but shall consider it when the cause is submitted on the merits.

The motion is denied without prejudice.

November 9, 1908.

————o————

## ON MERITS.

ESTOPINAL, J. The parties to this suit having entered a written stipulation that the judgment of the District Court herein should be affirmed.

It is therefore now ordered, adjudged and decreed, that the judgment appealed from herein be, and the same is hereby, affirmed, defendant and appellant to pay all costs.

Affirmed.